FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG - 7 2012

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 12-1919 |
| ) | |
| vs. ) | Counts 1 and 2: 21 U.S.C. §§ 841(a)(1) |
| ) | and (b)(1)(C): Distribution of Cocaine |
| KENNETH ULIBARRI, ) | Base. |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about February 9, 2012, in San Miguel County, in the District of New Mexico, the defendant, **KENNETH ULIBARRI,** unlawfully, knowingly and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of cocaine base.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 2

On or about February 29, 2012, in San Miguel County, in the District of New Mexico, the defendant, **KENNETH ULIBARRI,** unlawfully, knowingly and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of cocaine base.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
08/01/12 1:22pm