IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )        CRIMINAL NO. 12-1919
                                     )
        vs.                          )
                                     )
KENNETH ULIBARRI,                    )
                                     )
                Defendant.           )

## NOTICE OF RELATED CASE

The United States of America informs the Court that the following cases are the result of the same Drug Enforcement Administration investigation.

1.   United States v. Federico Gonzales and Elijah Vanover , Criminal No. 12-1906

2.   United States v. Charles Gallegos, Criminal No. 12-1907

3.   United States v. Anthony Greenier and Derek Andrade, Criminal No. 12-1908

4.   United States v. Aaron Romero, Paul Ulibarri, George Barela, Ruby Aragon, and Gilbert Aragon, Criminal No. 12-1909

5.   United States v. Nicole Chavez, Richard Valencia, Josie Gonzales, Sylvia Gonzales, and Matthew Martinez, Criminal No. 12-1910

6.   United States v. Jose A. Herrera and Amy J. Gonzales, Criminal No. 12-1911

7.   United States v. Patrick Vigil, Criminal No. 12-1912

8.   United States v. Kristin Hoogerhuis, Criminal No. 12-1913

9.   United States v. Jessie Lee Romero, Criminal No. 12-1914

10.  United States v. Jeremy Vazquez, Criminal No. 12-1915

11.  United States v. Willie Bachicha, Criminal No. 12-1916

12.  United States v. Julian Silva, Criminal No. 12-1917

13.  United States v. Ernestina Gallegos, Criminal No. 12-1918

14.    <u>United States v. Michael Martinez</u>, Criminal No. 12-1920

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

*Electronically filed*
KIMBERLY A. BRAWLEY
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

I HEREBY CERTIFY that I filed the foregoing
pleading electronically through the CM/ECF system
which caused counsel of record to be served by
electronic means, as reflected on the Notice
of Electronic Filing, and other methods of service as
indicated therein on August 9, 2012.

*Electronically Filed*
KIMBERLY A. BRAWLEY
Assistant United States Attorney