IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 12-CR-01919 |
| ) | |
| KENNETH ULIBARRI, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States hereby notifies the Court that Kimberly Brawley withdraws as counsel of record for the United States, and in substitution therefor, Linda J. Mott hereby enters her appearance on behalf of the United States.

The United States requests that Linda J. Mott receive copies of all notices, pleadings and correspondence in this case.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

*Electronically filed   12/03/2012*
LINDA J. MOTT
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court
using the CM/ECF system which will send
notification to opposing counsel of record.

 *Electronically Filed   12/03/2012*
LINDA J. MOTT
Assistant U.S. Attorney